**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

No. 98-2675

─────────────

GARY L. DETEMPLE,

                                    Plaintiff - Appellant,

        versus

ALLSTATE INSURANCE COMPANY, an Illinois
Corporation,

                                    Defendant - Appellee,

        and

GARY A. EDDY,

                                    Defendant.

─────────────

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Chief District Judge.  (CA-93-131)

─────────────

Submitted:  August 19, 1999          Decided:  August 25, 1999

─────────────

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Gary L. DeTemple, Appellant Pro Se. Samuel Hood Foreman, BACHMANN, HESS, BACHMANN & GARDEN, Wheeling, West Virginia; Eric Simon Lipsetts, William G. Jepsen, Jr., Annapolis, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary L. DeTemple appeals from the district court's orders granting summary judgment in favor of the Allstate Insurance Company in his civil action alleging improper withholding of insurance benefits and the court's denials of his motions for reconsideration and recusal. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See DeTemple v. Allstate Ins. Co., No. CA-93-131 (N.D.W. Va. Feb. 5, Sept. 4, and Dec. 8, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED